LAW OFFICES OF
**ALLEN A. KOLBER, ESQ.**

134 ROUTE 59, SUITE A
SUFFERN, NEW YORK 10901
TELEPHONE:    (845) 918-1277
FACSIMILE:    (845) 369-1618
E-mail: aKolber@KolberLegal.com
Website: www.KolberLegal.com

February 13, 2018

**Via ECF**
**Via U.S. Mail**

Hon. Robert D. Drain
U.S. Bankruptcy Court, SDNY
300 Quarropas Street
White Plains, NY 10601

   **Re:** **Debtor:  Michael Soren**
      **Ch. 13**
      **U.S. Bankruptcy Court, SDNY – Case No. 17-23627-rdd**

   **Re:** **Borrower: Michael Soren**
      **Premises: 16 Hillside Ave., Thiells, NY 10984**
      **Rushmore Loan No. xxxx4175**

## LOSS MITIGATION STATUS REPORT

Honorable Sir:

  This firm represents the Debtor in the above referenced matter.

  On January 24, 2018 my office submitted the following documents to the Attorneys for Rushmore Loan Management Services, LLC Leopold & Associates, PLLC and directly to the Loss Mitigation Team Lead at Rushmore Loan Management Services:

- **4506-T Form signed and dated by Michael Soren**
- **2016 Social Security Benefit Statement for Terri Mahoney.**
- **Verification of Annuity for Terri Mahoney.**
- **Bank Statements for Sterling National Bank for the period of July 2017-October 2017 for Terri Mahoney with proof of deposits.**

  On February 1, 2018 my office submitted the following documents**:**

- **Annuity Adjustment Letter for Terri A Mahoney.**
- **Contribution letter from Terri A Mahoney.**
- **Copies of three most rent checks.**
- **Bank Statements for Sterling National Bank, Account Number ending in xxxx1005 for the period of November 2017- January 2018 for Terri Mahoney and Michael S Soren with proof of deposits.**
- **Profit and loss statement for the period of January 1, 2017 through October 31, 2017.**

- **Chase Bank Account, Account Number ending in xxxx8928 for Rockland Economy Siding, Inc. for the period of September 2017 through November 30, 2017.**
- **TD Bank Statement, Account Number ending in xxxx4794 for the period of October 1, 2017 through December 31, 2017 for Terri A Mahoney.**
- **TD Bank Statement. Account Number ending in xxxx6471 for the period of October 4, 2017 through January 3, 2018 for Terri A Mahoney.**
- **Social Security Benefits Letter with New Benefit Amount for Terri A Mahoney.**

On February 13, 2018 my office submitted the following document:

- **Updated Borrower Assistance Form (UBAF):** signed and dated.

        Respectfully submitted,
        LAW OFFICES OF ALLEN A. KOLBER, ESQ.

By:   */s/ Allen A. Kolber*
      Allen A. Kolber

AAK/sc
cc:  Michael T. Rozea (via email: **mrozea@leopoldassociates.com**)
    Leopold & Associates
    Attorneys for Rushmore Loan Management Services, LLC